IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG ALLEN,<br>  Movant,<br>      v.<br>UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION,<br>  Respondent. | Civil Action No.<br>1:23-mi-00073-SDG |

### ORDER

This matter is before the Court on the Final Report and Recommendation (R&R) [ECF 3] of United States Magistrate Judge Linda T. Walker, which recommends that Movant Craig Allen's motion for an order under Section 1110 of the Right to Financial Privacy Act be denied and this action dismissed. There were no objections.

Accordingly, in the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, undersigned carefully reviewed the R&R for plain error and found none. The R&R is **ADOPTED** as the Order of the Court. Allen's motion [ECF 1] is **DENIED**. The Clerk is instructed to **CLOSE** this case.

**SO ORDERED** this 2nd day of February, 2024.

_____
Steven D. Grimberg
United States District Judge

1